FILED

NOV 5 - 2020

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | Criminal No. 1:20 cr 88 |
| TEE EL DODD, | Violations: 18 U.S.C. § 922(g)(1) |
| Defendant. | 18 U.S.C. § 924(a)(2) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE
(Unlawful Possession of Firearm)

On or about October 5, 2019, in Doddridge County, in the Northern District of West Virginia, defendant **TEE EL DODD**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is on or about October 13, 2010, defendant **TEE EL DODD** was convicted of grand larceny in the Circuit Court of Harrison County, West Virginia, in case number 10-F-149; and on or about March 15, 2012, defendant **TEE EL DODD** was convicted of grand larceny in the Circuit Court of Harrison County, West Virginia, in case number 12-F-12; did knowingly possess a firearm in and affecting interstate and foreign commerce, that is, a Glock semi-automatic pistol, model 43x, 9mm caliber, serial number BLAN159, in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION
### (Gun Control Act)

Pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d)(1), the government will seek the forfeiture of any firearm and any ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922(g) including one Glock semi-automatic pistol, model 43x, 9mm caliber, serial number BLAN159, and any accompanying ammunition.

WILLIAM J. POWELL
United States Attorney

Sarah E. Wagner
Assistant United States Attorney